[No. 42956-6-I.    Division One.    July 12, 1999.]

OTIS HARLAN, *Appellant*, v. THE TOWN OF FRIDAY HARBOR, *Respondent.*

Appeal from a judgment of the Superior Court for San Juan County, No. 97-2-05191-7, Vickie I. Churchill, J., entered June 22, 1998. *Affirmed* by unpublished opinion per Agid, A.C.J., concurred in by Becker and Ellington, JJ.

[No. 43077-7-I.    Division One.    July 12, 1999.]

*In the Matter of* E.A., *Appellant*, and THE STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-8-00287-3, Charles R. Snyder, J. Pro Tem., and Steven J. Mura, J., entered May 19 and 22, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43161-7-I.    Division One.    July 12, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MANUEL ARELLANO-SUAREZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-1-04823-3, Jim Street, J., entered August 10, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43486-1-I.    Division One.    July 12, 1999.]

FRANK HENYEY, *Appellant*, v. GARRETT LARSEN, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 97-2-10072-1, Peter Jarvis, J., entered October 9, 1998. *Affirmed* by unpublished per curiam opinion.